**Order entered November 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01397-CV

## COREY STEELE, Appellant

## V.

## UG NATIONAL CONSTRUCTIVE AND CY ADDISON HOSPITALITY PARTNERS, LLC Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07861**

## ORDER

Before the Court is appellant's October 26, 2020 "Emergency Texas Rules of Appellate Procedure 2 Motion or in the alternative Texas Rules of Appellate Procedure 17 Motion, Texas Rules of Evidence 201 Hearing Request, and Seventh Texas Rule of Evidence Request." By the motion, appellant appears to request the Court extend its plenary power so as to be able to consider his timely-filed pending motion for rehearing en banc or, alternatively, transfer the motion to the nearest available court of appeals. Appellant also appears to request the Court take

judicial notice of certain documents and court records, including the clerk's record filed in appellate cause number 05-19-01060-CV, an appeal from the same underlying cause that was filed and determined prior to the filing of this appeal.

We **DENY** the motion.

/s/    CORY L. CARLYLE
       JUSTICE